David T. Wissbroecker (SB #342413)
**GRANT & EISENHOFER P.A.**
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel: 415-229-9720
dwissbroecker@gelaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEIU Pension Plan Master Trust, derivatively on behalf of ADOBE INC., <br><br> Plaintiff, <br><br> v. <br><br> SHANTANU NARAYEN, CHRISTIANO AMON, AMY BANSE, MELANIE BOULDEN, FRANK CALDERONI, LAURA DESMOND, SPENCER NEUMANN, KATHLEEN OBERG, DHEERAJ PANDEY, DAVID RICKS, DANIEL ROSENSWEIG, DANIEL DURN, ANIL CHARKRAVARTHY, and DAVID WADHWANI, <br><br> Defendants, <br><br> and <br><br> ADOBE INC., <br><br> Nominal Defendant. | No. 3:26-cv-03521-WHO <br><br> **CERTIFICATION OF DAVID T. WISSBROECKER PURSUANT TO LOCAL RULE 3-15** <br><br> **JURY TRIAL DEMANDED** |

**CERTIFICATION PURSUANT TO LOCAL RULE 3-15**

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that as of this date, no such interest is known other than that of the named parties to the action and plaintiff SEIU Pension Plan Master Trust.

Dated: April 28, 2026

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By: */s/ David Wissbroecker*
David Wissbroecker (SB #243867)
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel: 415-229-9720
dwissbroecker@gelaw.com

James S. Notis
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: 212-722-8516
jnotis@gelaw.com

*Counsel for Plaintiff*