**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL HIRSCHBERGER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHANTANU NARAYEN, et al., <br><br> Defendants. | Case No. 5:26-cv-05882-BLF <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William Orrick for consideration of whether the case is related to *SEIU Pension Plan Master Trust v. Adobe Inc.*, Case No. 26-cv-03521-WHO.

**IT IS SO ORDERED.**

Dated:       July 7, 2026

_____
BETH LABSON FREEMAN
United States District Judge