United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ADOBE STOCKHOLDER DERIVATIVE LITIGATION

Lead Case No. 26-cv-03521-CRB

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 25-cv-10732-JSC

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 25-cv-10732-JSC. If the case is related, the parties are instructed file for consolidation in the earlier filed case.

**IT IS SO ORDERED.**

Dated: November 6, 2026

CHARLES R. BREYER
United States District Judge